602

360 A.2d 662
COMMONWEALTH
v.
MARABLE, Appellant.

Submitted December 16, 1975. Saul H. Segan, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.